No. 71–6499.  RUIZ-JUAREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6515.  PACE *v.* WELSH.  C. A. 1st Cir.  Certiorari denied.

No. 70–5013.  JOHNSON *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1122.  BENEFICIAL FINANCE CO. ET AL. *v.* MASSACHUSETTS; and
No. 71–1241.  HOUSEHOLD FINANCE CORP. ET AL. *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  Reported below: —— Mass. ——, 275 N. E. 2d 33.

No. 71–1215.  TIGERMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1224.  McGEE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1258.  DEMANGONE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1271.  SCHNEIDER *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.  C. A. 10th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.